**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 SHAHID AMIR ANDREWS,

                          Plaintiff,

        -against-                                  25 **CIVIL** 8770 (LLS)

                                                      **JUDGMENT**

RIKERS ISLAND, ET AL.,

                         Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 9, 2026, the Court has dismissed the complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted.

**Dated:** New York, New York

      May 13, 2026

                                     **TAMMI M. HELLWIG**

                                 _____

                                       **Clerk of Court**

                   **BY:**          K. mango

                                _____

                                       **Deputy Clerk**